IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:14-CR-79-F-10

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JODI JEAN JENKINS, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court today for hearing on the government's motion to detain defendant pending trial. The court heard testimony from two proposed third-party custodians presented by defendant and a law enforcement officer presented by the government. For the reasons stated in open court, it requires additional information in order to make an adequately informed decision on the government's motion, including drug testing results from defendant's state parole officer. The court has directed the Probation Office to obtain this information from the parole officer. The detention hearing is therefore CONTINUED. The hearing shall resume as soon as practicable after the necessary additional information is obtained. The Clerk will notify the parties of the date, time, and location of the resumed hearing.

Any delay that results from this continuance shall be excluded from the Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) on the grounds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

SO ORDERED, this the 7th day of May 2014.

James E. Gates
United States Magistrate Judge